JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV09-129 AG (MLGx) | Date | February 5, 2009 |
|---|---|---|---|
| Title | HSBC BANK USA v. ANNEL A. AGUILAR, et al. | | |
| | OCSC Case No. 30-2008/00225532 | | |

Present: The Honorable  ANDREW J. GUILFORD

| Lisa Bredahl | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:    ORDER REMANDING CASE TO STATE COURT FOR IMPROPER REMOVAL**

On February 4, 2009, this action was removed to this Court under 28 U.S.C. § 1446. But that statute requires an action to be removed within thirty days of the date the first defendant to be served with "a copy of the initial pleading setting forth the claim for relief." 28 U.S.C. § 1446(b). Here, Defendant Annel A. Aguilar ("Defendant") was served with the initial pleading in this case on December 3, 2008. Defendant did not file a notice of removal until February 4, 2009, well outside of the thirty-day window given by 28 U.S.C. § 1446(b).

Because removal was improper, this Court does not have jurisdiction over this case. The case is remanded to state court.

                                                                                               :     0

                                                     Initials of
                                                     Preparer           lmb